No. 91–6021. WAINSCOTT v. MARMAG INVESTMENTS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–6022. CONNELLY v. KOVACHEVICH. C. A. 11th Cir. Certiorari denied.

No. 91–6023. SMITH v. HATFIELD. C. A. 4th Cir. Certiorari denied.

No. 91–6025. WILLIAMS v. CANNER & BLOOM, P. C. Ct. App. Mich. Certiorari denied.

No. 91–6027. BYRD v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 91–6033. HUSSEY v. MASSACHUSETTS (two cases). Sup. Jud. Ct. Mass. Certiorari denied.

No. 91–6038. QUINTANA v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 91–6039. PORTNOY v. UNITED STATES POSTAL SERVICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–6043. GARRETT v. ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 91–6045. LEGRAND v. KELLEY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 91–6047. MCCLAIN v. REID, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS. C. A. 3d Cir. Certiorari denied.

No. 91–6048. FUGEL v. MYERS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–6049. WALKER v. INDEPENDENCE FEDERAL SAVINGS & LOAN ASSN. ET AL. Ct. App. D. C. Certiorari denied.

No. 91–6052. MONGER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–6055. HILL v. BINGAMAN ET AL. C. A. 3d Cir. Certiorari denied.